

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00106-CV

———————————————

IN RE JASON LEE VAN DYKE, Relator

---

Original Proceeding
Trial Court No. 20-2579-431

---

Before Birdwell, J.; Sudderth, C.J.; and Womack, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus, the real party in interest's response, and relator's reply[1] and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: April 16, 2020

---

[1]We deny real party in interest's motion to strike relator's reply brief.